UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
:
TWENTY X, LLC,                                               :
                                                             :   **ORDER DISMISSING**
                        Plaintiff,                           :   **COMPLAINT FOR LACK OF**
       -against-                                             :   **SUBJECT-MATTER**
                                                             :   **JURISDICTION**
BOMBARDIER, INC.,                                            :
                                                             :
                        Defendant.                           :   25 Civ. 1512 (AKH)
                                                             :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

   Plaintiff Twenty X, LLC, a Delaware limited liability company ("LLC"), sues Bombardier, Inc., a Canadian corporation. *See* Compl. at ¶¶ 2-3. The alleged jurisdictional basis is diversity of citizenship, pursuant to 28 U.S.C. § 1332. *See* Compl. at ¶ 5.

   LLCs are deemed to be citizens of all the states in which their constituents are citizens. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51 (2d Cir. 2000); *see also Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1014 (2016) ("While humans and corporations can assert their own citizenship, other entities take the citizenship of their members."). Here, the Complaint has failed to identify each of the members of the underlying LLC and allege their respective citizenships.

   The Complaint is dismissed, with leave to replead for the sole purpose of alleging an adequate basis of diverse citizenship, no later than seven (7) days from the entry of this Order.

   The Clerk shall terminate ECF No. 16.

           SO ORDERED.

Dated:     June __, 2025
           New York, New York                    _____
                                                 ALVIN K. HELLERSTEIN
                                                 United States District Judge